IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROOSEVELT CONERY,

     Plaintiff,

v.

JUDY SMITH, et al

     Defendants.

ORDER

Case No.  21-cv-638-wmc

Plaintiff Roosevelt Conery has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee.  To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.  28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than November 2, 2021. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Roosevelt Conery may have until November 2, 2021 to submit a trust fund account statement for the period beginning approximately April 8, 2021 and ending approximately October 8, 2021.  If, by November 2, 2021, plaintiff fails to respond

to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.


Entered this 12th day of October, 2021.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge